# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTOPHER J. WHITE, ) | **Case No.: 1:11-cv-382** |
| ) | |
| Plaintiff, ) | |
| v. ) | **(Unlawful Debt Collection Practices)** |
| ) | |
| CLEAR DEBT SOLUTIONS, LLC ) | |
| d/b/a CRED X DEBT RECOVERY, ) | |
| LLC, ) | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the above-captioned case has been

DISMISSED with prejudice.


 /s/ W. Christopher Componovo
W. Christopher Componovo
Attorney ID # 3234
Kimmel & Silverman, PC
Silverside Carr Executive Center
Suite 118, 501 Silverside Road
Wilmington, DE 19809
(302) 791-9373 phone
(302) 791-9476 fax

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of July 2011, that a copy of the aforegoing Notice of Voluntary Dismissal was e-filed and sent by electronic mail to:

Michael Benson, Esq.
Cred X Debt Recovery, LLC
77 N. Buffalo St.
P.O. Box 411
Springville, NY 14141

         _____/s/ W. Christopher Componovo___
         W. Christopher Componovo
         Attorney ID # 3234
         Kimmel & Silverman, PC
         Silverside Carr Executive Center
         Suite 118, 501 Silverside Road
         Wilmington, DE 19809
         (302) 791-9373 phone
         (302) 791-9476 fax